IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY GUTIEERREZ,

    Petitioner,                    No. CIV S-05-0730 FCD KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.                ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). The "People of the State of California" is not the proper respondent in this action. Accordingly, the instant petition must be dismissed with leave to amend. See Stanley, 21 F.3d at 360.

/////

1

1         Any claim petitioner wishes to raise before the court must be asserted in petitioner's amended petition. If some of the claims have not been presented to and rejected by the California Supreme Court, petitioner must file, along with his amended petition, a motion for a stay of these proceedings pending exhaustion of state court proceedings. See Rhines v. Weber, __ U.S. __, 125 S.Ct. 1528, 1535 (2005). In light of the foregoing, petitioner's April 14, 2005 motion for a stay, and May 19, 2005 motion to include supplemental issues will be denied without prejudice.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's application to proceed in forma pauperis is granted;

        2. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

        3. Any amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition";

        4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application;

        5. Petitioner's April 14, 2005 motion for a stay is denied; and

        6. Petitioner's May 19, 2005 motion to include supplemental issues is denied.

DATED: December 16, 2005.

                              UNITED STATES MAGISTRATE JUDGE

---

1  
guti0730.122(5.19.05)