IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY GUTIERREZ,

    Petitioner,                 No. CIV-S-05-0730 FCD KJM P

    vs.

WARDEN, CSP SOLANO,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2254. However, petitioner has not filed his § 2254 petition on the proper form. The court requires all petitions for writ of habeas corpus be filed on the proper form provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. <u>See</u> Rule 2(c), Rules Governing § 2254 Cases.

        Petitioner is hereby notified that in order for this court to review his application, he must refile it on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

/////

/////

1

In light of the above, the court will deny petitioner's January 17, 2006 request that the court hold his amended § 2254 petition in abeyance. This request will be denied without prejudice to refiling with a second amended petition for writ of habeas corpus.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's amended petition for writ of habeas corpus is dismissed with leave to file a second amended petition within thirty days from the date of this order;

2. Any second amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Second Amended Petition";

3. The Clerk of the Court is directed to send petitioner the form for a habeas corpus application; and

4. Petitioner's January 17, 2006 request that his amended petition for writ of habeas corpus be held in abeyance is denied without prejudice to refiling along with a second amended petition.

DATED: May 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 guti0730.115