IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY GUTIERREZ,

    Petitioner,               No. CIV S-05-0730 FCD KJM P

    vs.

WARDEN, CSP SOLANO,

    Respondent.             <u>ORDER</u>

         Petitioner has requested an extension of time within which to file a second amended petition for writ of habeas corpus under 28 U.S.C. § 2254. Good cause appearing, petitioner will be granted thirty days within which to file a second amended petition. If petitioner fails to file a second amended petition within thirty days, this court's July 19, 2006 findings and recommendations in which this court recommended that this action be dismissed will be submitted to the district court judge assigned to this case.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's August 18, 2006 request for an extension of time is granted; and

3  2. Petitioner is granted thirty days from this order to file a second amended

4 petition for writ of habeas corpus.

5 DATED: September 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
guti0730.111